IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ERICA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV411-283 |
| | ) | |
| SHAWN L. MYERS; DON BETHUNE; GWYN HALL; JIMMY SPILLIARDS; BOWEN JONES; BESSIE KICKLIGHTER; JUDY SHUMAN, individually and in her official capacities as Garden City Council Member and Mayor Pro Tem; and THE MAYOR AND COUNCIL OF GARDEN CITY, GEORGIA; | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff Erica Thomas's Dismissal without Prejudice. (Doc. 25.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of June 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA